

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.R. AND A.P.R.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on August 29, 2022. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant moved for a twenty-day extension of time to file the brief.

Appellant's motion is granted; the brief is due on September 19, 2022.

It is so **ORDERED** on this 31st day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court